*James A. Deering,* for appellants.    *Amos K. Hadley,* for respondent.

No opinion. Motion denied.

---

### *In re* VOORHIS' WILL.

*(Supreme Court, General Term, First Department.* March 29, 1889.)

Motion to dismiss for failure to prosecute appeal.

Argued before VAN BRUNT, P. J., and BARTLETT, J.

No opinion. Motion denied.

---

### BANGS *v.* BOYCE.

*(Supreme Court, General Term, First Department.* May 24, 1889.)

Appeal from judgment on report of referee.

Argued before VAN BRUNT, P. J., and BARTLETT and MACOMBER, JJ.

*Billings & Cardozo,* (*Michael H. Cardozo,* of counsel,) for appellant.
*Marsh, Wilson & Wallis,* (*William G. Wilson,* of counsel,) for respondent.

VAN BRUNT, P. J. We are of the opinion that the judgment in this case should be affirmed, for the reasons stated in the decision in the case of *Masterton* v. *Boyce,* 6 N. Y. Supp. 65, handed down herewith. All concur.

---

### ROBINSON *v.* BOYCE.

*(Supreme Court, General Term, First Department.* May 24, 1889.)

Appeal from judgment on report of referee.

Argued before VAN BRUNT, P. J., and BARTLETT and MACOMBER, JJ.

*Billings & Cardozo,* (*Michael H. Cardozo,* of counsel,) for appellant.
*Marsh, Wilson & Wallis,* (*William G. Wilson,* of counsel,) for respondent.

VAN BRUNT, P. J. We are of the opinion that the judgment in this case should be affirmed for the reasons stated in the decision in the case of *Masterton* v. *Boyce,* 6 N. Y. Supp. 65, handed down herewith. All concur.

---

### STOCKWELL *v.* BOYCE.

*(Supreme Court, General Term, First Department.* May 24, 1889.)

Appeal from judgment on report of referee.

Argued before VAN BRUNT, P. J., and BARTLETT and MACOMBER, JJ.

*Billings & Cardozo,* (*Michael H. Cardozo,* of counsel,) for appellant.
*Marsh, Wilson & Wallis,* (*William G. Wilson,* of counsel,) for respondent.

VAN BRUNT, P. J. We are of the opinion that the judgment in this case should be affirmed, for the reasons stated in the decision in the case of *Masterton* v. *Boyce,* 6 N. Y. Supp. 65, handed down herewith. All concur.